IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

CHANTAVIA CAMACHO and
JOSEPH WALKER, individually
and on behalf of others similarly situated             PLAINTIFFS

v.            Case No. 4:17-cv-00704 KGB

STATE OF ARKANSAS, *et al.*             DEFENDANTS

## ORDER

Before the Court is the parties' joint stipulation of dismissal without prejudice (Dkt. No. 15). In the stipulation, the parties represent that plaintiffs Chantavia Camacho and Joseph Walker and defendants State of Arkansas, Arkansas Department of Human Services a/k/a Jonesboro Human Development Center, and Conway Human Development Center agree to dismiss without prejudice all of the claims in this case pursuant to Federal Rule of Civil Procedure 41 (*Id.*). All other pending motions are denied as moot (Dkt. Nos. 6, 13).

So ordered this 23rd day of February, 2018.

                                                   Kristine G. Baker
                                                   United States District Judge